**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

SAILRONE, INC.

               Plaintiff,

       v.

UNITED STATES OF AMERICA,

               Defendant.

Case No. 1:26 - __26-944__ C

**PLAINTIFF'S NOTICE OF DIRECTLY RELATED CASE**

Pursuant to Rule 40.2(a) of the Rules of the United States Court of Federal Claims ("RFRC"), Plaintiff, Saildrone, Inc. ("Saildrone") files this notice of a directly related case as follows:

1.     This action is directly related to another action pending before the Honorable Philip S. Hadji of the United States Court of Federal Claims filed on June 29, 2026; *Blue Water Autonomy, Inc. v. United States of America*, COFC Case No. 26-cv-936.

2.     This case is directly related to COFC Case No. 26-cv-936 pursuant to RCFC 40.2(a)(2). Both actions involve contracts awarded by the United States Navy under Solicitation No. N00024-26-R-6326 for Medium Unmanned Surface Vessels. The actions involve the same parties and are based on similar claims of unreasonable agency action.

3.     Assigning Saildrone's case and *Blue Water Autonomy*, COFC Case No. 26-cv-936 to a single judge can be expected to conserve judicial resources and promote the efficient determination of justice.

Dated:    June 30, 2026                    Respectfully submitted,


By: */s/ Laura M. King*

SELENDY GAY PLLC
Faith E. Gay
Laura M. King
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
fgay@selendygay.com
lking@selendygay.com

NICHOLS LAW PLLC
Carla Weiss
655 15th Street NW, Suite 425
Washington, DC 20005
Tel: 202-846-9800
cweiss@nicholslaw.com

*Counsel for Plaintiff Saildrone, Inc.*

2

## CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing Notice of Directly Related Case to be served by electronic mail this June 30, 2026:

Alexander Orlando Canizares
Vinson & Elkins LLP
2200 Pennsylvania Ave. NW
Suite 500 West
Washington, DC 20037
202-639-6540
Email: acanizares@velaw.com

*Counsel for Plaintiff Blue Water Autonomy, Inc.* in COFC Case No. 26-cv-936

Douglas Glenn Edelschick
U.S. Department of Justice - Civil Division
Post Office Box 480
Ben Franklin Station
Washington, DC 20044
(202) 353-9303
Email: douglas.edelschick@usdoj.gov

*Counsel for Defendant United States of America* in COFC Case No. 26-cv-936

Respectfully submitted,

By: */s/ Laura M. King*

SELENDY GAY PLLC
Faith E. Gay
Laura M. King
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
fgay@selendygay.com
lking@selendygay.com

NICHOLS LAW PLLC
Carla Weiss
655 15th Street NW, Suite 425
Washington, DC 20005
Tel: 202-846-9800
cweiss@nicholslaw.com

*Counsel for Plaintiff Saildrone, Inc.*

3