**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| SAILDRONE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 26-cv-944-PSH<br><br>Hon. Philip S. Hadji |

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2026, I caused a copy of Plaintiff's sealed Complaint, the exhibits thereto, and the proposed redacted version of the Complaint to be served by electronic mail on counsel for Defendant in accordance with RCFC 5(b) and the Court's Amended General Order No. 2026-01:

Douglas Glenn Edelschick
U.S. Department of Justice - Civil Division
P.O. Box 40, Ben Franklin Station
Washington, DC 20044
Email: douglas.edelschick@usdoj.gov

*Counsel for Defendant United States of America*

Dated: July 2, 2026

Respectfully submitted,

By: */s/ Laura M. King*

SELENDY GAY PLLC
Faith E. Gay
Laura M. King
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
fgay@selendygay.com
lking@selendygay.com

NICHOLS LAW PLLC
Carla Weiss
655 15th Street NW, Suite 425
Washington, DC 20005
Tel: 202-846-9800
cweiss@nicholslaw.com

*Counsel for Plaintiff Saildrone, Inc.*