United States Court of Federal Claims
717 MADISON PLACE, NW
WASHINGTON, DC 20439

OFFICE OF THE CLERK OF COURT
(202) 357-6406

October 30, 2026

Cassandra J. Brese
Agreements Officer, Naval Sea Systems Command
1333 Isaac Hull Avenue SE
Washington, DC 20376

Christopher Miller
Portfolio Acquisition Executive for Robotic
and Autonomous Systems (PAE RAS)
701 South Courthouse Road, Bldg. 15, Rm. 1H025
Arlington, VA 22204

Re: Saildrone, Inc. v. United States
Case No. 26-944

Dear Ms. Brese and Mr. Miller:

On October 29, 2026, Judge Philip S. Hadji entered a sealed opinion and order in consolidated cases Blue Water Autonomy, Inc. and Saildrone, Inc. v. United States, Consolidated Case Nos. 26-936 and 26-944. Therein, Judge Hadji deconsolidated the cases and remanded Saildrone, Case No. 26-944, to the Department of the Navy for a period of 60 days.

In accordance with Rule 52.2 of the Rules of the United States Court of Federal Claims (RCFC), please find enclosed a certified copy of the above-referenced sealed opinion and order. A copy of RCFC 52.2 is also included for your convenience. Please take note of the requirement of RCFC 52.2(d) regarding service of the Department's final decision for filing with the court.

If you have any questions, please contact the Clerk's Office at (202) 357-6406.

Sincerely,

Jon W. Goldf

Joan W. Goldfrank
Director of Operations

Enclosures (2)

cc: *via CM/ECF only*
Judge Philip S. Hadji
Laura M. King, Esquire
Douglas Glenn Edelschick, Esquire