IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

| | |
|---|---|
| SAILDRONE, INC., *Plaintiff*, v. THE UNITED STATES, *Defendant*, and HII UNMANNED SYSTEMS, INC., *et al.*, *Defendant-Intervenors*. | [redacted] Case No. 26-944 (Judge Hadji) |

DEFENDANT'S STATUS REPORT

Pursuant to this Court's October 30, 2026 Order (reissued November 3, 2026), ECF No. 111, the United States respectfully submits this status report responding to the specific items delineated by the Court in that order. *Id.* at 24.

(a) The total the Navy has obligated of the $2.1 billion Congress appropriated for medium unmanned surface vessels, broken down to include the name and amounts obligated to each entity awarded an instrument comprising a portion of this total.

The Navy has advised that it has obligated the funds appropriated in Pub. L. No. 119-21, § 20002(31), as shown in the attached chart. We understand that the Navy obligated most of those funds before the end of fiscal year 2026 to protect the funds from being subject to the 8% sequestration of unobligated funds. Of that total obligated amount, the Navy represents that it has taken administrative steps to ensure that $456,719,602 remains available for any corrective action and will not be spent prior to January 4, 2027. In addition, the Navy has advised that it budgeted for and anticipates an additional appropriation of $121,130,000 in fiscal year 2027 that

[redacted]

would be available to support any corrective action if necessary, but otherwise may be spent on other priorities as the Navy may deem appropriate. In sum, if corrective action as to Saildrone were to include a prototype OT (approximately $10,000 upon award and $15 million upon successful completion of the prototype testing), and if testing were successful and the Navy determined to exercise the sole source authority provided by 10 U.S.C. 4022(f) to award a follow-on production OT to Saildrone for 10 MUSVs at Saildrone's estimated price (10 x $36,680,000 = $366.8 million), the Navy represents that it has taken administrative steps to ensure that adequate funds will exist to take such corrective action, and additional funds may exist in any event.

(b) The status of the Test Event for each offeror, including any extension of the September 30, 2026 date:

All tests were conducted prior to the September 30, 2026 deadline, and no extensions were provided. The chart below displays the status of each offeror's test event. Six offerors successfully demonstrated testing as reflected on the chart below; however, the Navy does not intend to enter into a production OT with three offerors: Leidos, Pac Mar, and Sea Machines.

| | Offeror | Status |
|---|---|---|
| 1 | Saronic | Test Completed, Passed |
| 2 | Sea Machines | Test Completed, Passed |
| 3 | Galliano | Test Completed, Passed |
| 4 | Pac Mar | Test Completed, Passed |
| 5 | HII | Test Completed, Passed |
| 6 | Leidos | Test Completed, Passed |
| 7 | Birdon | Test Failed |

(c) The Navy's schedule for the reevaluation

The Navy intends to conduct a full re-evaluation of Saildrone's proposal in accordance with the Request for Prototype Proposals and consistent with this Court's Opinion and Order. The Navy currently anticipates that it will be able to complete this re-evaluation and issue a

[redacted]

remand decision by the end of the 60-day remand period, which currently is scheduled to end on December 29, 2026.

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

DOUGLAS G. EDELSCHICK
Assistant Director

s/ Natalee A. Allenbaugh
NATALEE A. ALLENBAUGH
Trial Attorney
Commercial Litigation Branch
Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, DC 20044
Tel: (202) 353-9303

Of Counsel:

GWENDOLYN IACI
Supervisory Associate Counsel
EMILY RUBINO
Attorney Advisor
BENJAMIN DEARDEN
Attorney Advisor
NAVSEA Office of Counsel
1333 Isaac Hull Avenue, Bldg 197
Washington Navy Yard, D.C. 20376

November 12, 2026

[redacted]

| Type | Funded Activity | Category | Total Obligated | Available to Be Deobligated | Not Available to Be Deobligated | |
|---|---|---|---|---|---|---|
| OPN | 0954 MEDIUM UNMANNED SURFACE VEHICLE | All Categories | $ 1,950,639,188.00 | $ 441,719,602.48 | $ 1,508,919,585.59 | |
| MUSV FOLLOW-ON PRODUCTION | | | | | | |
| [redacted] | | Contract | $ 373,748,308.00 | $ - | $ 373,748,308.00 | |
| | | Contract | $ 449,731,400.00 | $ - | $ 449,731,400.00 | |
| | | Contract | $ 455,216,347.38 | $ - | $ 455,216,347.38 | |
| OTHER CONTRCT AWARDS NOT RELATED TO MUSV PROTOTPE OR MUSV FOLLOW-ON WORK AT ISSUE IN THE LITIGAITON | | | | | | |
| [redacted] | | Contract | $ 23,191,381.13 | $ - | $ 23,191,381.13 | |
| | | Contract | $ 9,478,334.00 | $ - | $ 9,478,334.00 | |
| | | Contract | $ 2,700,000.00 | $ - | $ 2,700,000.00 | |
| | | Contract | $ 6,519,264.00 | $ - | $ 6,519,264.00 | |
| | | Contract | $ 46,300,000.00 | $ - | $ 46,300,000.00 | |
| | | Contract | $ 10,600,000.00 | $ - | $ 10,600,000.00 | |
| | | PSS Contract | $ 800,000.00 | $ - | $ 800,000.00 | |
| | | PSS Contract | $ 3,182,300.00 | $ - | $ 3,182,300.00 | |
| | | PSS Contract | $ 1,143,443.45 | $ - | $ 1,143,443.45 | |
| MONEY HELD BY GOVERNMENT ENTITIES | | | | | | |
| [redacted] | | WFC | $ 90,000,000.00 | $ 90,000,000.00 | $ - | Green = under direction to not spend through January 4, 2027. |
| | | Other Agency | $ 871,467.05 | $ - | $ 871,467.05 | |
| | | Other Agency | $ 38,292,539.65 | $ 38,292,539.65 | $ - | Green = under direction to not spend through January 4, 2027. |
| | | Other Agency | $ 40,649,000.74 | $ 40,649,000.74 | $ - | Green = under direction to not spend through January 4, 2027. |
| | | Other Agency | $ 240,309,489.81 | $ 208,128,986.30 | $ 32,180,503.51 | Green = under direction to not spend through January 4, 2027. |
| | | Other Agency | $ 4,360,234.32 | $ - | $ 4,360,234.32 | |
| | | Other Agency | $ 1,688,000.00 | $ - | $ 1,688,000.00 | |
| | | Other Agency | $ 730,000.00 | $ - | $ 730,000.00 | |
| | | Other Agency | $ 66,000.00 | $ - | $ 66,000.00 | |
| | | Other Agency | $ 1,459,240.08 | $ - | $ 1,459,240.08 | |
| | | PARM | $ 3,283,326.00 | $ - | $ 3,283,326.00 | |
| | | PARM | $ 13,802,591.04 | $ 13,802,591.04 | $ - | Green = under direction to not spend through January 4, 2027. |
| | | PARM | $ 1,009,511.00 | $ - | $ 1,009,511.00 | |
| | | PARM | $ 5,360,400.00 | $ - | $ 5,360,400.00 | |
| | | PARM | $ 8,064,643.76 | $ - | $ 8,064,643.76 | |
| | | Prototype Event | $ 150,752.00 | $ - | $ 150,752.00 | |
| | | WFC | $ 390,541.75 | $ - | $ 390,541.75 | |
| | | WFC | $ 63,448,117.49 | $ 44,786,484.75 | $ 18,661,632.74 | Green = under direction to not spend through January 4, 2027. |
| | | WFC | $ 340,000.00 | $ - | $ 340,000.00 | |
| | | WFC | $ 6,211,464.00 | $ - | $ 6,211,464.00 | |
| | | WFC | $ 8,660,000.00 | $ 6,060,000.00 | $ 2,600,000.00 | Green = under direction to not spend through January 4, 2027. |
| | | WFC | $ 1,972,013.78 | $ - | $ 1,972,013.78 | |
| | | WFC | $ 1,372,000.00 | $ - | $ 1,372,000.00 | |
| | | WFC | $ 5,675,050.00 | $ - | $ 5,675,050.00 | |
| | | WFC | $ 355,950.00 | $ - | $ 355,950.00 | |
| | | WFC | $ 200,000.00 | $ - | $ 200,000.00 | |
| | | WFC | $ 29,306,077.64 | $ - | $ 29,306,077.64 | |
| RDTE | 0954 MEDIUM UNMANNED SURFACE VEHICLE | All Categories | $ 149,360,812.00 | $ 15,000,000.00 | $ 134,360,812.00 | |
| [redacted] | | Contract | $ 15,010,000.00 | $ 15,000,000.00 | $ 10,000.00 | Green = under direction to not spend through January 4, 2027. |
| | | Contract | $ 15,010,000.00 | $ - | $ 15,010,000.00 | |
| | | Contract | $ 15,010,000.00 | $ - | $ 15,010,000.00 | |
| | | Contract | $ 15,010,000.00 | $ - | $ 15,010,000.00 | |
| | | Contract | $ 15,010,000.00 | $ - | $ 15,010,000.00 | |
| | | Contract | $ 15,010,000.00 | $ - | $ 15,010,000.00 | |
| | | Contract | $ 15,010,000.00 | $ - | $ 15,010,000.00 | |
| | | Contract | $ 44,290,812.00 | $ - | $ 44,290,812.00 | |

Green = under direction to not spend through January 4, 2027.

| Funding Availability Review | | |
|---|---|---|
| **RDT&E Review** | | |
| *Total OBBBA MUSV RDT&E* | $ | *149,360,812.00* |
| **Available RDT&E for Corrective Action** | $ | **15,000,000.00** | Green = under direction to not spend through January 4, 2027. |
| **OPN Review** | | |
| *Total OBBBA MUSV OPN* | $ | *1,950,639,188.00* |
| **Available OBBBA OPN for Corrective Action** | $ | **441,719,602.48** | Green = under direction to not spend through January 4, 2027. |
| **Total Funding Availability Review** | | |
| OBBBA OPN Available | $ | 441,719,602.48 |
| FY27 MUSV OPN | $ | 121,130,000.00 |
| **OPN Available for Corrective Action** | $ | **562,849,602.48** |
| MUSV RDTE Available | $ | 15,000,000.00 |
| ***Total Funding Available for Corrective Action*** | $ | ***577,849,602.48*** |

Green = under direction to not spend through January 4, 2027.